

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 3 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 4th day of February, 2015, the cause on appeal to revise or reverse the judgment between

CHARLES A. WALLACE, M.D., INDIVIDUALLY AND D/B/A A NEW REFLECTION COSMETIC SURGERY CENTER, AND CHARLES A. WALLACE, M.D., P.A., Appellants

On Appeal from the County Court at Law No. 3, Dallas County, Texas.
Trial Court Cause No. CC-14-02403-C.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown, participating.

No. 05-15-00002-CV          V.

ROSE MARIE ELLIOTT, Appellee

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ROSE MARIE ELLIOTT recover her costs of this appeal from appellants CHARLES A. WALLACE, M.D., INDIVIDUALLY AND D/B/A A NEW REFLECTION COSMETIC SURGERY CENTER, AND CHARLES A. WALLACE, M.D., P.A..

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 16th day of April, 2015.

_____
LISA MATZ, Clerk